**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**EASTERN DIVISION**

| | |
|---|---|
| MALCOLM GORDON, Sr.,<br><br>Petitioner,<br><br>v.<br><br>CHAD BIANCO, Riverside County Sheriff,<br><br>Respondent. | Case No. 5:26-cv-02267-JLS-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Furthermore, the Court has conducted a de novo review of the objections that were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

Date: October 30, 2026

JOSEPHINE L. STATON
United States District Judge