JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| MALCOLM GORDON, Sr.,<br><br>Petitioner,<br><br>v.<br><br>CHAD BIANCO, Riverside County Sheriff,<br><br>Respondent. | Case No. 5:26-cv-02267-JLS-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus (Dkt. 1) is **DENIED** and this action is **DISMISSED WITH PREJUDICE**.

Date: October 30, 2026

JOSEPHINE L. STATON
United States District Judge